NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| JANE ASHTON, | : | |
| | : | **Hon. Dennis M. Cavanaugh** |
| Plaintiff, | : | |
| | : | **ORDER** |
| v. | : | |
| | : | Civil Action No. 03-CV-3158  (DMC) |
| AT&T CORPORATION, | : | |
| | : | |
| Defendant. | : | |

This matter coming before the Court upon a motion by Jane Ashton ("Plaintiff") for reconsideration pursuant to Federal Rule of Civil Procedure 59(e).  This motion is decided without oral argument pursuant to Rule 78 of the Federal Rules of Civil Procedure; this Court having carefully reviewed all submissions; and for the reasons stated in the Court's Opinion filed on this day,

IT IS on this 2nd day of February 2006,

ORDERED that Plaintiff's motion for reconsideration is **denied**.


 S/ Dennis M. Cavanaugh
Dennis M. Cavanaugh, U.S.D.J.

Date:          February 2, 2006
Original:     Clerk's Office
cc:            All Counsel of Record
                The Honorable Mark Falk, U.S.M.J.
                File